PROB 12C
(Rev. 2/13)

# UNITED STATES DISTRICT COURT

for

## DISTRICT OF NORTH DAKOTA

### Petition for Warrant or Summons for Person under Supervision

Name of Person Under Supervision: Medicine Bird Morsette    Case Number: 0868 1:21CR00072

Name of Sentencing Judicial Officer: Daniel L. Hovland, U.S. District Court Judge

Date of Original Sentence: November 23, 2021

Original Offense:      Failure to Update Sex Offender Registration

Original Sentence:     15 months with credit for time served, 60 months supervised release

Type of Supervision: TSR          Date Supervision Commenced: 5/20/2022

Asst. U.S. Attorney: Rick Volk        Defense Attorney: Irvin Nodland

### PETITIONING THE COURT

☒ To issue a warrant

☐ To issue a summons

The probation officer believes that the person under supervision has violated the following condition(s) of supervision:

| Violation No. | Nature of Noncompliance |
|---|---|
| 1. | **On August 24, 2022, Mr. Morsette was arrested by the West Fargo police department on charges of aggravated assault- domestic violence.** This is in violation of the mandatory condition which states the defendant must not commit another federal, state, or local crime. |
| 2. | **On August 24, 2022, USPO observed a minor female at Mr. Morsette's residence. He was previously directed not to have any contact with minors without prior approval.** This is in violation of the special condition prohibiting contact with minors without the prior approval of the supervising probation officer. |

PROB 12C
(Rev. 2/13)
Morsette, Medicine Bird
0868 1:21CR00072

U.S. Probation Officer Recommendation: It is respectfully recommended a warrant be issued for Mr. Morsette to appear before the Court on the alleged violations of supervised release.

☐ The term of supervision should be:

☒ Revoked.

☐ Extended for _____ years, for a total term of _____ years.

☐ The conditions of supervision should be modified as follows:

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 25, 2022

/s/ Heather Klemetson
U.S. Probation Officer

THE COURT ORDERS:

☐ No Action.

☒ The Issuance of a Warrant/Matter Sealed Pending Arrest.

☐ The Issuance of a Summons.

☐ Other

_____
Signature of Judicial Officer

8/25/22
_____
Date