PROB 12A
(Rev. 2/13)

# UNITED STATES DISTRICT COURT

for

DISTRICT OF NORTH DAKOTA

Report on Person under Supervision

Name of Person under Supervision:  Medicine Bird  Morsette         Case Number:   0868 1:21CR00072

Name of Sentencing Judicial Officer:  The Honorable Daniel L. Hovland, U.S. District Court Judge

Date of Original Sentence:  November 23, 2021
Date of Revocation Sentence:  January 26, 2023
Date of Revocation Sentence: February 28, 2024

| | |
|---|---|
| Original Offense: | Failure to Register as a Sexual Offender |
| Original Sentence: | 15 months with credit for time serve, 60 months supervised release |
| Revocation Sentence: | 6 months with credit for time served, 36 months supervised release |
| Revocation Sentence: | 6 months with credit for time served, 36 months supervised release |

Type of Supervision:  TSR              Date Supervision Commenced:  4/17/2024

## NONCOMPLIANCE SUMMARY

The person under supervision has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | **Mr. Morsette admitted contact with a minor female who is the child of his girlfriend. This contact occurred at least two separate times during December 2024 and/or January 2025.** This is in violation of special condition number one which prohibits any direct contact with any child under the age of 18 without the permission of the probation officer. |
| 2. | **During a home visit on December 18, 2024, it was discovered Mr. Morsette had an internet capable device, Xbox, without prior approval from USPO.** This is in violation of special condition number two and three which prohibit internet access and internet capable devices without the prior approval of the supervising probation officer. |

U.S. Probation Officer Action:

Mr. Morsette was given a verbal reprimand, and his conditions of supervised release were reviewed. He was directed not to have any further contact with any minor child until he receives approval. He reported he completed a protection plan for contact with the minor and gave it to his STAND counselor. It will be reviewed, and a decision will be made regarding contact with a minor. Recently there was a report taken

PROB 12A
(Rev. 2/13)
Morsette, Medicine Bird
0868 1:21CR00072

by the West Fargo, ND police department in which an adult female alleged domestic assault by Mr. Morsette. He denies causing any physical injury or possessing a weapon but does admit to grabbing her by the arms. There haven't been charges filed at this time, but this is concerning behavior that will be monitored by the USPO. If any criminal charges are filed, the Court will be updated. No Court action requested at this time.

Respectfully submitted,

/s/ Heather Klemetson
U.S. Probation Officer
Date: January 10, 2025

☑ Approved
☐ Submit a Request for Modifying the Condition or Term of Supervision
☐ Submit a Request for Warrant or Summons
☐ Other

_____
Signature of Judicial Officer

January 13, 2025
_____
Date