PROB 12B
(Rev. 3/12)

# UNITED STATES DISTRICT COURT

for

## DISTRICT OF NORTH DAKOTA

**Request for Modifying the Conditions or Term of Supervision
with Consent of the Person under Supervision**
*(Probation Form 49, Waiver of Hearing is attached)*

Name of Person Under Supervision:   Medicine Bird Morsette          Case Number:   0868 1:21CR00072

Name of Sentencing Judicial Officer:   Daniel L. Hovland U.S. District Court Judge

Date of Original Sentence:   11/23/2021
Date of Revocation Sentence: 01/26/2023
Date of Revocation Sentence: 02/28/2024

Original Offense:   Failure to Update Sex Offender Registration

Original Sentence:   15 months incarceration, credit for time served and 60 months TSR
Revocation Sentence:  6 months incarceration, credit for time served and 36 months TSR
Revocation Sentence:  6 months incarceration, credit for time served and 35 months TSR

Type of Supervision:   Supervised Release     Date Supervision Commenced:     4/17/2024

## PETITIONING THE COURT

☐    To extend the term of supervision for _____ Years, for a total term of _____ Years.
☒    To modify the conditions of supervision as follows:

Defendant shall be monitored by the form of location monitoring for a period of <u>60 days</u> as indicated below and shall pay all or part of the costs of participation in the location monitoring program as directed by the Court and the U.S. Probation officer:

   <u> X </u>   Location monitoring technology at discretion of the officer.

The form of location monitoring technology shall be utilized to monitor the following restriction on the defendant's movement in the community as well as other court-imposed conditions of release:

You are restricted to your residence at all times except for employment, education, religious services, medical, substance abuse or mental health treatment, attorney visits, court appearances, court-ordered obligations, or other activities as pre-approved by the officer (Home Detention).

CAUSE

PROB 12B  
(Rev. 2/13)  
Morsette, Medicine Bird  
0868 1:21CR00072

Mr. Morsette has tested positive for substances on more than one occasion, associated with known felons on more than one occasion, missed office visits, and missed random substance abuse testing since his revocation on February 28, 2024. In response to this, the supervising officer increased supervision requirements, substance abuse testing was increased, office visits were increased, and additionally, Mr. Morsette was referred to complete a chemical dependency evaluation.

Mr. Morsette tested positive and or admitted to THC and or Meth on the follow dates: February 4, 2025, February 21, 2025, February 27, 2025, and March 11, 2025. Mr. Morsette associated with known felons and permitted them to stay at his residence on the following dates: March 3, 3025, March 7, 2024, and March 13, 2025. Mr. Morsette failed to report to office visits at U.S Probation on the following dates: February 11, 2025, and February 18, 2025. Additionally, Mr. Morsette missed random substance abuse testing at Centre, Inc. on the following dates: January 25, 2025, March 4, 2025, and March 10, 2025.

Location Monitoring would provide accountability for Mr. Morsette and help U.S Probation enforce reporting requirements, substance abuse testing, and ensure Mr. Morsette is accounted for in the community.

Respectfully submitted,

By: /s/ Margaret Doyle  
U.S. Probation Officer  
Date: March 17, 2025

---

THE COURT ORDERS:

☐ No action.  
☐ The extension of supervision as noted above.  
☑ The modification of conditions as noted above.  
☐ Other

Signature of Judicial Officer

March 18, 2025  
Date

PROB 49
(Rev. 2/2013)

# UNITED STATES DISTRICT COURT

for

### DISTRICT OF NORTH DAKOTA

## Waiver of Hearing to Modify Conditions of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By assistance of counsel, I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

*Defendant shall be monitored by the form of location monitoring for a period of 60 days as indicated below and shall pay all or part of the costs of participation in the location monitoring program as directed by the Court and the U.S. Probation officer:*

           _X_   *Location monitoring technology at discretion of the officer*

*The form of location monitoring technology shall be utilized to monitor the following restriction on the defendant's movement in the community as well as other court-imposed conditions of release:*

*You are restricted to your residence at all times except for employment, education, religious services, medical, substance abuse or mental health treatment, attorney visits, court appearances, court-ordered obligations, or other activities as pre-approved by the officer (Home Detention).*

PROB 49
(Rev. 2/2013)

_____ 3-12-25
Margaret Doyle
U.S. Probation Officer

_____ 03-12-25
Medicine Bird Morsette          Date