PROB 12C
(Rev. 2/13)

# UNITED STATES DISTRICT COURT

**for**

## DISTRICT OF NORTH DAKOTA

## Petition for Warrant or Summons for Person under Supervision

Name of Person Under Supervision: Medicine Bird Morsette Case Number: 0868 1:21CR00072

Name of Sentencing Judicial Officer: Daniel L. Hovland, U.S. District Court Judge

Date of Original Sentence: November 23, 2021

Original Offense: Failure to Update Sex Offender Registration

Original Sentence: 15 months incarceration and 60 months supervised release
**Revoked:** January 26, 2023, 6 months incarceration and 36 months supervised release
**Revoked:** February 28, 2024, 6 months incarceration and 36 months supervised release

Type of Supervision: TSR Date Supervision Commenced: 4/17/2024

Asst. U.S. Attorney: Rick L. Volk Defense Attorney: Irvin B. Nodland

---

**PETITIONING THE COURT**

☒ To issue a warrant

☐ To issue a summons

The probation officer believes that the person under supervision has violated the following condition(s) of supervision:

| Violation No. | Nature of Noncompliance |
|---|---|
| 1: | **In December 2024 and or January 2025, the defendant admitted to having contact with a minor female, who is the child of his girlfriend.** This is in violation of special condition #1 which states, the defendant is prohibited from having contact with any child under the age of 18 with out the permission of the probation officer. |
| 2: | **During a home visit on December 18, 2024, it was discovered that the defendant had an internet capable device, Xbox, without prior approval from his supervising officer.** This is in violation of special condition #2 and #3, which prohibit internet access and internet capable devices with out the prior approval of the supervising probation officer. |

PROB 12C
(Rev. 2/13)
Morsette, Medicine Bird
0868 1:21CR00072

3: **On February 6, 2025, February 21, 2025, February 27, 2025, March 9, 2025, March 30, 2025, April 12, 2025, April 26, 2025, April 28, 2025, April 30, 2025, and May 24, 2025, the defendant admitting to using THC and or Methamphetamines.** This is in violation of special condition #11 which states, the defendant must totally abstain from the use of alcohol and illegal drugs.

4: **On February 11, 2025, and February 18, 2025, the defendant failed to report to U.S Probation as directed.** This is in violation of standard condition #2 which states, the defendant must report to U.S Probation as instructed.

5: **On March 4, 2025, March 10, 2025, March 26, 2025, April 28, 2025, the defendant failed to report to Centre, Inc. for random drug testing.** This is in violation of special condition # 12, which states that the defendant must submit to drug/alcohol screen at the direction of the United States Probation Officer.

6: **On June 6, 2025, the defendant was arrested in West Fargo North Dakota by the West Fargo Police Department. He was charged in Cass County for Aggravated assault – Bodily injury intent to cause serious bodily injury-Adult victim-DV and Failure to register as a sexual offender. (Case # 09-2025-CR-02151).** This is in violation of mandatory condition #1 which states, the defendant must not commit another federal, state, or local crime.

U.S. Probation Officer Recommendation: It is respectfully recommended that a warrant be issued so the defendant can appear before the court to address the alleged violations.

☐ The term of supervision should be:

☒ Revoked.

☐ Extended for _____ years, for a total term of _____ years.

☐ The conditions of supervision should be modified as follows:

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 9, 2025

/s/ Margaret Doyle
U.S. Probation Officer

---

THE COURT ORDERS:

☐ No Action.

☑ The Issuance of a Warrant/Matter Sealed Pending Arrest.

PROB 12C
(Rev. 2/13)
Morsette, Medicine Bird
0868 1:21CR00072

☐ The Issuance of a Summons.

☐ Other

Signature of Judicial Officer

June 10, 2025
Date