Local AO 245D (Rev. 09/19) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT

**District of North Dakota**

UNITED STATES OF AMERICA
v.
**Medicine Bird Morsette**

## JUDGMENT IN A CRIMINAL CASE

(For **Revocation** of Probation or Supervised Release)

Case No. **1:21-cr-00072**
USM No. **09620-059**
**Tatum O'Brien**
Defendant's Attorney

**THE DEFENDANT:**

☑ admitted guilt to violation of condition(s) **Special; Standard; Mand.** of the term of supervision.
☐ was found in violation of condition(s) count(s) ____________ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| **1.** | **Mr. Morsette admitted to having contact with a minor female, who is the child of his girlfriend, in December 2024 and or January 2025** | **Jan. 2025** |

The defendant is sentenced as provided in pages 2 through 3 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) ____________ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.: ______

Defendant's Year of Birth: ______

City and State of Defendant's Residence:

______________________________

**December 15, 2025**
Date of Imposition of Judgment

[signature]
Signature of Judge

**Daniel L. Hovland** **U.S. District Judge**
Name and Title of Judge

December 15, 2025
Date

DEFENDANT: **Medicine Bird Morsette**
CASE NUMBER: **1:21-cr-00072**

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Concluded |
|---|---|---|
| 2. | During a home visit on December 18, 2024, it was discovered that Mr. Morsette had an internet capable device, XBox, without prior approval from his supervising officer. | 12/18/2024 |
| 3. | Mr. Morsette admitted to using THC and or methamphetamines on 2/6/25; 2/21/25; 2/27/25; 3/9/25; 3/30/25; 4/12/25; 4/26/25; 4/28/25; 4/30/25; and 5/24/25. | 5/24/2025 |
| 4. | Mr. Morsette failed to report to U.S. Probation as directed on 2/11/25 and 2/18/25. | 2/18/2025 |
| 5. | Mr. Morsette failed to report to Centre, Inc. for random drug testing on 3/4/25; 3/10/25; 3/26/25; and 4/28/25. | 4/28/2025 |
| 6. | Mr. Morsette was arrested on 6/6/25 in West Fargo, ND by the West Fargo Police Department. Mr. Morsette was charged in Cass County for Aggravated Assault - Bodily Injury Intent to Cause Serious Bodily Injury-Adult Victim-DV and Failure to Register as a Sexual Offender (Case 09-2025-CR-02151). | 6/6/2025 |

DEFENDANT: **Medicine Bird Morsette**
CASE NUMBER: **1:21-cr-00072**

# IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of :

**12 MONTHS and 1 DAY, with credit for time served.**

☑ The court makes the following recommendations to the Bureau of Prisons:

**The Court recommends the defendant be placed at a county correctional facility in North Dakota, or a low-security BOP facility as close as possible to North Dakota.**

☑ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

- ☐ at ____________________ ☐ a.m. ☐ p.m. on ______________________________ .
- ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

- ☐ before 2 p.m. on __________________________ .
- ☐ as notified by the United States Marshal.
- ☐ as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

Defendant delivered on __________________________________ to ________________________________________

at ________________________________ with a certified copy of this judgment.

__________________________________________________
UNITED STATES MARSHAL

By __________________________________________________
DEPUTY UNITED STATES MARSHAL